1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYL D. McGHEE,                    No.  2:17-cv-2098 DB P

12              Petitioner,

13        v.                              ORDER

14   STATE OF CALIFORNIA,

15              Respondent.

16

17        Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. §

18   2254.  Petitioner has paid the filing fee.

19        The application attacks a conviction issued by the San Bernardino County Superior Court.

20   The United States District Court in the district where petitioner was convicted has jurisdiction,

21   see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), and any and all witnesses and

22   evidence necessary for the resolution of petitioner's application are more readily available in San

23   Bernardino County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).  San Bernardino County is in the

24   Central District of California.

25   ////

26   ////

27   ////

28   ////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: April 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-habeas/mcgh2098.108