# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL D. McGHEE, | ) Case No. EDCV 18-702 SJO(JC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| STATE OF CALIFORNIA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 21, 2018

*S. James Otero*

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE